McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CV-00461-AWI-GSA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER STAYING ACTION** |
| 2003 BMW 745LI, VIN: WBAGN63463DR11218, LICENSE NUMBER: 5EUE994; | |
| APPROXIMATELY $56,500.00 IN U.S. CURRENCY; | |
| Defendants. | |

It is hereby stipulated by and between plaintiff United States of America through their undersigned attorney and Claimants Kulwant Lasher and Jaswinder Lasher, and their respective counsel of record, for the above-entitled forfeiture action, as follows:

1. Claimants Kulwant Lasher and Jaswinder Lasher are presently facing federal criminal charges in the Eastern District of California, *United States v. Kulwant Lasher, et al.*, 1:07-CR-00264-AWI, allegedly relating to transactions or events which form the basis for this civil forfeiture action;

2. The parties recognize that proceeding with these actions has potential adverse effects on the prosecution of the related-criminal case and/or upon claimants Kulwant Lasher's and Jaswinder Lasher's rights against self-incrimination in the related federal criminal case;

3. Publication of the civil forfeiture action has been completed and to date only Kulwant

Lasher and Jaswinder Lasher has filed a claim or answer, or otherwise appeared in this action. The time for which any other persons or entities to file a claim or answer has expired.

THEREFORE, the parties to these actions stipulate as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the federal criminal action presently pending against Kulwant Lasher and Jaswinder Lasher in the Eastern District of California.

IT IS SO STIPULATED.

Dated: June 24, 2008  McGREGOR W. SCOTT
United States Attorney

 /s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney

Dated: June 24, 2008  /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Claimant Kulwant Lasher

Dated: June 11, 2008  /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorney for Claimant Jaswinder Lasher

(Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

**Dated:   June 25, 2008**          **/s/ Anthony W. Ishii**
UNITED STATES CHIEF DISTRICT JUDGE