1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2799

5  Attorneys for United States

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )   1:08-CV-00461-AWI-SMS
                                    )
12         Plaintiff,                )   **STIPULATION AND ORDER TO**
                                    )   **WITHDRAW THE CLAIM AND**
13      v.                           )   **ANSWER OF KULWANT LASHER,**
                                    )   **WITH DEFAULT JUDGMENT**
14 2003 BMW 745LI,                   )
   VIN: WBAGN63463DR11218            )
15 LICENSE NUMBER 5EUE994, and       )
                                    )
16 APPROXIMATELY $56,500.00 IN       )
   U.S. CURRENCY,                    )
17                                   )
           Defendants.                )
18 _____)

20      It is hereby stipulated by and between the United States and Claimant Kulwant
21 Lasher as follows:

22      1.     Claimant Kulwant Lasher hereby irrevocably withdraws and releases
23 with prejudice the verified claim and answer he filed in this civil forfeiture action;
24 consents to entry of a default and default judgment against any interest he holds in the
25 car and currency named as defendants; and consents to forfeiture of the defendant
26 assets.

27      2.     Nothing in this Stipulation shall be construed as an admission of liability,
28 fault, or wrongdoing by any party.

1      3.    Each party shall bear his or its own costs and attorneys fees.

2      4.    The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Stipulation.

5. Each person signing this Stipulation warrants and represents that he possesses full authority to bind the party on whose behalf he is signing to the terms of the Stipulation.

6. Each party warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals. All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

7. Each party represents that he or it understands the content of this Stipulation and enters it voluntarily, and has not been influenced by any person acting on behalf of any other party.

Dated: June 16, 2011                      BENJAMIN B. WAGNER  
                                          United States Attorney

                                          /s/ David T. Shelledy  
                                          DAVID T. SHELLEDY  
                                          Assistant United States Attorney

Dated: June 14, 2011                      /s/ Anthony P. Capozzi  
                                          ANTHONY P. CAPOZZI  
                                          Attorney for Claimant Kulwant Lasher  
                                          (Original signature retained by attorney)

STIPULATION AND PROPOSED ORDER  
TO WITHDRAW THE CLAIM AND ANSWER OF  
KULWANT LASHER, WITH DEFAULT JUDGMENT

**ORDER**

IT IS HEREBY ORDERED that the claim and answer of Kulwant Lasher are withdrawn with prejudice, and that a default judgment is entered against him.

IT IS SO ORDERED.

Dated:   June 17, 2011

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
TO WITHDRAW THE CLAIM AND ANSWER OF
KULWANT LASHER, WITH DEFAULT JUDGMENT