BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CV-00461-AWI-SMS |
| Plaintiff, ) | **STIPULATION AND ORDER TO WITHDRAW THE CLAIM AND ANSWER OF JASWINDER LASHER, WITH DEFAULT JUDGMENT** |
| v. ) | |
| 2003 BMW 745LI, ) VIN: WBAGN63463DR11218 ) LICENSE NUMBER 5EUE994, and ) | |
| APPROXIMATELY $56,500.00 IN ) U.S. CURRENCY, ) | |
| Defendants. ) | |

It is hereby stipulated by and between the United States and Claimant Jaswinder Lasher as follows:

1. Claimant Jaswinder Lasher hereby irrevocably withdraws and releases with prejudice the verified claim and answer he filed in this civil forfeiture action; consents to entry of a default and default judgment against any interest he holds in the car and currency named as defendants; and consents to forfeiture of the defendant assets.

2. Nothing in this Stipulation shall be construed as an admission of liability, fault, or wrongdoing by any party.

3. Each party shall bear his or its own costs and attorneys fees.

1      4. The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Stipulation.

       5. Each person signing this Stipulation warrants and represents that he possesses full authority to bind the party on whose behalf he is signing to the terms of the Stipulation.

       6. Each party warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals. All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

       7. Each party represents that he or it understands the content of this Stipulation and enters it voluntarily, and has not been influenced by any person acting on behalf of any other party.

Dated: June 30, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney


                                         /s/ Heather Mardel Jones
                                        HEATHER MARDEL JONES
                                        Assistant United States Attorney


Dated: June 30, 2011                     /s/ Roger T. Nuttall
                                        ROGER T. NUTTALL
                                        Attorney for Claimant Jaswinder Lasher
                                        (Original signature retained by attorney)

**ORDER**

IT IS HEREBY ORDERED that the claim and answer of Jaswinder Lasher are withdrawn with prejudice, and that a default judgment is entered against him.

IT IS SO ORDERED.

Dated:   July 1, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE