BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>2003 BMW 745LI,  )<br>VIN: WBAGN63463DR11218,  )<br>LICENSE NUMBER:  5EUE994, and  )<br>  )<br>APPROXIMATELY $56,500.00 IN U.S.  )<br>CURRENCY,  )<br>  )<br>      Defendants.  )<br>_____ ) | 1:08-CV-00461-AWI-GSA<br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed July 26, 2011.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  The time for objecting to the Findings and Recommendations Recommending the Grant of the Government's Motion for Default Judgment have passed and no timely objections have been filed.  An Order Adopting Findings and Recommendations, Recommending Entry of Default Judgment and Final Forfeiture Judgment in Favor of Plaintiff was filed on September 29, 2011.  Based on the Magistrate Judge's Findings and Recommendations Recommending the Grant of the Government's Motion for Default Judgment, the Order Adopting Findings and

Recommendations, Recommending Entry of Default Judgment and Final Forfeiture Judgment in Favor of Plaintiff, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's September 7, 2011, Findings and Recommendations Recommending the Grant of the Government's Motion for Default Judgment in full.

2. Kulwant Lasher, Tarlochan Lasher, and Jaswinder Lasher are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $56,500.00 in U.S. Currency and defendant 2003 BMW 745LI, VIN: WBAGN63463DR11218, License: 5EUE994 of Kulwant Lasher, Tarlochan Lasher, Jaswinder Lasher, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant defendant approximately $56,500.00 in U.S. Currency and defendant 2003 BMW 745LI, VIN: WBAGN63463DR11218, License: 5EUE994, to be disposed of according to law, including all right, title, and interest of Kulwant Lasher, Tarlochan Lasher, and Jaswinder Lasher.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   October 4, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE